John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2562

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BROADCAST MUSIC, INC.; MICHAEL JOE )
JACKSON d/b/a MIJAC MUSIC;         )
JANICE-MARIE VERCHER d/b/a         )
CONDUCIVE MUSIC; SPIRIT ONE MUSIC, )
A division of SPIRIT MUSIC GROUP   )
INC.; MIRAN PUBLISHING, INC.; TWO  )
KNIGHT MUSIC, a division of COUCH  )
AND MADISON PARTNERSHIP; YVONNE    )
GIBB as Personal Representative    )
of the Estate of Maurice Ernest    )
Gibb and Robin Gibb, a partnership )
d/b/a GIBB BROTHERS MUSIC; BARRY   )
ALAN GIBB d/b/a CROMPTON SONGS,    )
                                   )
              Plaintiffs,          )    CIVIL ACTION NO.:
                                   )
         v.                        )
                                   )
QUEEN OF HEARTS CRUISES, INC. d/b/a)
THE QUEEN OF HEARTS and STEVEN P.  )
SALSBERG and IRA M. BAROCAS, each  )
Individually,                      )
                                   )
              Defendants.          )
------------------------------------x

                    RULE 7.1 CERTIFICATION

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local

General Rule 1.9] and to enable District Judges and Magistrate Judges

of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Broadcast Music, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

<u>Plaintiff</u>

Miran Publishing, Inc.

Spirit Music Group

<u>Parent</u>

Michael Joe Jackson
(50% stockholder)
Randy Jackson
(50% stockholder)

Son Of Spirit, Inc.
(35% stockholder)
Atilee Finance, Ltd.
(65% stockholder)

Dated: December 11, 2007
       New York, New York

BROADCAST MUSIC, INC.

By: _____
John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorney for Broadcast Music, Inc
320 West 57th Street
New York, New York 10019
212-830-2511
Attorney for Plaintiffs