Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111
Attorneys for Defendants
Queen of Hearts Cruises, Inc.,
The Queen of Hearts and
Steven P. Salsberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
BROADCAST MUSIC, INC.; MICHAEL JOE
JACKSON d/b/a MIJAC MUSIC;                    07 CV 11222
JANICE-MARIE VERCHER d/b/a
CONDUCIE MUSIC; SPIRIT ONE MUSIC,
A division of SPIRIT MUSIC GROUP INC.;
MIRAN PUBLISHING, INC., TWO KNIGHT
MUSIC, A DIVISION OF COUCH AND
MADISON PARTNERHSIP; THE ESTATE OF
MAURICE ERNEST GIBB AND ROBIN GIBB,
A PARTNERHSIP d/b/a GIBB BROTHERS
MUSIC; BARRY ALAN GIBB d/b/a              **STATEMENT PURSUANT TO**
CROMPTON SONGS,                            **Fed.R.Civ.P. 7.1.**
                 Plaintiff,


-against-

QUEEN OF HEARTS CRUISES, INC.
d/b/a THE QUEEN OF HEARTS and
STEVEN P. SALSBERG and IRA
M. BAROCAS, each individually,

              Defendants.

-------------------------------------------------X

      Defendants Queen of Hearts Cruises, Inc. and Steven P. Salsberg, by their attorneys, Kenny, Stearns & Zonghetti, 26 Broadway, New York, New York 10004 as and for their statement pursuant to Fed.R.Civ.P. 7.1. states that the following no corporate parent of defendants is publicly held.

-1-

Dated:   New York, New York
         January 9, 2008

                                        Kenny, Stearns & Zonghetti
                                        Attorneys for Defendant
                                        Hornbeck Offshore Transportation, LLC

                                        By: _____
                                             Gino A. Zonghetti
                                               (GAZ -2647)