**United States District Court**
**Southern District of New York**

---

BROADCAST MUSIC, INC. )
) Index No.: 07 CV 11222
)
)
Plaintiff ) **AFFIDAVIT OF SERVICE**
v. )
QUEENS OF HEARTS CRUISES, INC. D/B/A THE )
QUEENS OF HEARTS ET AL. )
)
)
Defendant )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 20, 2007 at 2:59 PM at 160 EAST 88TH STREET, NEW YORK, NY 10128, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, JUDGES RULES on STEVEN P. SALSBERG therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to ADRIAN HABER, the COWORKER of STEVEN P. SALSBERG, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 12/20/07 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 160 EAST 88TH STREET, NEW YORK, NY 10128 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 50    Height: 5'5"    Weight: 270

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research LLC                    Executed on: 12/23/07

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___27___ day of ___December___, 2007.
Notary Public           My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

---

**United States District Court**
**Southern District of New York**

---

BROADCAST MUNIC, INC. )
) Index No.: 07 CV 11222
)
)
Plaintiff ) **AFFIDAVIT OF SERVICE**
v. )
QUEENS OF HEARTS CRUISES, INC. D/B/A THE )
QUEENS OF HEARTS ET AL. )
)
Defendant )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 20, 2007 at 2:59 PM at 160 EAST 88TH STREET, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, JUDGES RULES on QUEEN OF HEARTS CRUISES, INC. therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to ADRIAN HABER personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 50    Height: 5'5"    Weight: 270

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Queen of Hearts Cruises, Inc.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research LLC                                                            Executed on: 12/27/07
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___27___ day of __December__, 2007
Notary Public            My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009