UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROADCAST MUSIC, INC., et al.,

                Plaintiffs,

- against -

QUEEN OF HEARTS CRUISES, INC. d/b/a
THE QUEEN OF HEARTS and STEVEN P.
SALSBERG and IRA M. BAROCAS, each
Individually

                Defendants.
------------------------------------------------------------X

07-CV-11222 (SAS)

**SCHEDULING ORDER**

      WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order"); and

      WHEREAS, Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

      NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

1.      Date of Conference:    March 24, 2008

           Appearances:    For the Plaintiffs    John Coletta

                          For the Defendants  Gino A. Zonghetti

2.      A concise statement of the issues as they then appear;

      This is a copyright infringement predicated upon the United States Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. (the "Copyright Act"). The issues presented are whether defendants infringed upon plaintiff's copyrights by performing musical compositions without license or permission to do so and the extent of damages, if any.

3.      A scheduling including:

           (a)    The names of persons to be deposed and a schedule of planned depositions:

(1) Plaintiff expects to depose Stephen P. Salsberg, Ira M. Barocas, Mandy Forlenza and/or other individuals identified through discovery as having evidence in support of its allegations against defendants and/or any of defendants' defenses to plaintiff's allegations.

(2) Any individuals identified by plaintiff as having evidence in support of its allegations against defendant.

(3) Depositions will be completed by ~~September 15, 2008~~ July 1

(b) A schedule for the production of documents:

Initial disclosures to be furnished on or before April 11, 2008 and Responses to Requests for Production to be completed by ~~August 15, 2008~~ May 15

(c) Dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

Plaintiffs:   Plaintiffs do not anticipate the need for expert witnesses at trial. If plaintiffs subsequently decide otherwise: November 1, 2009/January 5, 2009

Defendants: Defendants do not anticipate the need for expert witnesses at trial. If defendants subsequently decide otherwise: January 1, 2009/February 15, 2009

(d) Time when discovery is to be completed:   ~~October 15, 2008~~ July 1

(e) The date by which Plaintiffs will supply its pre-trial order matters to Defendants: February 26, 2009   July 15

(f) The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial:   March 16, 2009   July 30

(g) A space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

Date of Final Pretrial Conference: _July 11 at 4:30_

4.   A statement of any limitations to be placed on discovery, including any protective or confidentiality orders:

The parties do not anticipate needing any limitations placed on discovery.

5.  <u>A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement</u>.

    Not applicable.

6.  <u>Anticipated fields of expert testimony, if any</u>:

    Not applicable; the parties do not anticipate the need for expert witnesses at trial.

7.  <u>Anticipated length of trial and whether to court or jury</u>:

    The parties anticipate trial lasting three to four days.

8.  The Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.


_____
John Coletta, Esq.
320 West 57th Street
New York, NY 10019
(212) 830-2590
Attorney for Plaintiffs

_____
Gino A. Zonghetti
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY 10004
(212) 422-6111
Attorneys for Defendants


SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J

3/24/08