UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BROADCAST MUSIC, INC., MICHAEL JOE
JACKSON d/b/a MIJAC MUSIC,
JANICE-MARIE VERCHER d/b/a
CONDUCIVE MUSIC, SPIRIT ONE MUSIC,
a division of COUCH AND MADISON
PARTNERSHIP, The Estate of Maurice Ernest
Gibb, a partnership d/b/a GIBB BROTHERS
MUSIC, BARRY ALAN GIBB, d/b/a
CROMPTON SONGS,

                Plaintiffs,

    - against -

QUEEN OF HEARTS CRUISES, INC. d/b/a
THE QUEEN OF HEARTS and STEVEN P.
SALSBERG and IRA M. BAROCAS, each
individually,

                Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

<u>ORDER OF
DISMISSAL</u>

07 Civ. 11222 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the

1

2

settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 26, 2008

## - Appearances -

**For Plaintiffs:**

John Joseph Coletta, Esq.
Broadcast Music, Inc., Legal Dept.
320 West 57th Street
New York, NY 10019
(212) 830-2590
Fax: (212) 397-0789

Judith Mack Saffer, Esq.
Broadcast Music, Inc., Legal Dept.
320 West 57th Street
New York, NY 10019
(212) 830-3877
Fax: (212) 397-0789

**For Defendants:**

Gino Anthony Zonghetti, Esq.
Kenny, Stearns & Zonghetti
26 Broadway
New York, NY 10004
(212) 422-6111
Fax: (212) 422-6544

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.I.J.J. ENTERPRISES, INC.

                Plaintiff,

- against -

LF STORES, CORP., LF STORES NEW YORK,
INC. and LIPSY LTD.,

                Defendants.
------------------------------------------------------------X

**ORDER OF DISMISSAL**

07 Civ. 10511 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 45 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           March 26, 2008

1

## - Appearances -

**For Plaintiff:**

George Gottlieb, Esq.
Marc P. Misthal, Esq.
Gottlieb Rackman & Reisman, P.C.
270 Madison Avenue
New York, NY 10016
(212) 684-3900
Fax: (212) 684-3999

**For Defendants:**

Adam M. Cohen, Esq.
Gillian Overland, Esq.
Kane Kessler, P.C.
1350 Avenue of the Americas, 26th Fl.
New York, NY 10019
(212) 519-5146
Fax: (212) 245-3009