UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BROADCAST MUSIC, INC.; et al.,

        Plaintiffs,

    v.

QUEEN OF HEARTS CRUISES, INC. d/b/a
THE QUEEN OF HEARTS and STEVEN P.
SALSBERG and IRA M. BAROCAS, each
individually,

        Defendants.
----------------------------------------X

CIVIL ACTION NO.

1:07-cv-11222

ORDER EXTENDING
PERIOD FOR
APPLICATION OF
RESTORATION

SHIRA A. SCHEINDLIN, U.S.D.J.:

    The parties having notified the Court that they reached a resolution of this action; and the Court having issued an Order of Dismissal on March 26, 2008, discontinuing the action with prejudice but providing a 30 day period during which plaintiff could apply for restoration of the action to the Court's calendar if the settlement is not effected; and the parties having now notified the Court that they believe they need an additional 14 days to finalize and execute the settlement documents that will resolve this matter,

    IT IS HEREBY ORDERED that plaintiffs shall have until **May 9, 2008** to apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not **effected**, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       April __, 2008